IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-115-D

| | |
|---|---|
| CHRISTOPHER W. LIVINGSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| THE NORTH CAROLINA STATE BAR, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

On December 1, 2021, plaintiff filed a motion to amend his complaint [D.E. 16]. For good cause shown, the court GRANTS plaintiff's motion [D.E. 16], and the court ACCEPTS AS FILED plaintiff's proposed first amended complaint. Defendants may plead in response to the amended complaint in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(3). The court DENIES AS MOOT defendants' motion to dismiss [D.E. 11].

SO ORDERED. This 29 day of December, 2021.

JAMES C. DEVER III
United States District Judge